UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No.05-10033-T |
| vs. ) | |
| ) | |
| SCOTTY MOSIER ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Scotty Mosier, DOB 06-08-1976, SSN 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, now being detained in the Crockett County Jail, Alamo, Tennessee, appear before Magistrate Thomas Anderson on the 27th day of FRIDAY MAY, 2005 for an Appearance and for such other appearances as this Court may direct. 2:00 P.M.

Respectfully submitted this 27th day of April, 2005.

_Jerry R. Kitchen_
Assistant U. S. Attorney

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, Crockett County Jail, Alamo, Tennessee.

YOU ARE HEREBY COMMANDED to have Scotty Mosier appear before the Magistrate Thomas Anderson at the date and time aforementioned.

ENTERED this 02 day of May, 2005.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/5/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CR-10033 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT