IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

v  Cr. No. 05-10033-03-T

SCOTTY MOSIER

## ORDER

It appearing to the court that the above-named defendant is now available to appear before the court, IT IS ORDERED that the Clerk of Court shall issue a writ of habeas corpus ad prosequendum for the defendant to appear on Friday, July 8, 2005 at 10:00 a.m. before Magistrate Judge Anderson for an initial appearance.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: July 05, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7/6/05

# UNITED STATES DISTRICT COURT
## FOR THE
### WESTERN DISTRICT OF TENNESSEE

-------

```
                              NO:  05-10033
                              USA v. MOSIER
                              AD PROSEQUENDUM
                              FOR: INITIAL APPEARANCE
```

TO:  U.S. MARSHAL DAVID JOLLEY
     SHERIFF/CROCKETT COUNTY JAIL

**YOU ARE HEREBY COMMANDED** to have the person of **Scotty Mosier**, by you restrained of his liberty, as it is said, by whatsoever names detained, together with the day and cause of his being taken and detained, before the Honorable S. Thomas Anderson, Magistrate Judge of the United States District Court for the Western District of Tennessee, at the courtroom of said Court, in the City of Jackson, Tennessee, at **10:00 a.m.** on the **8th** day of **July**, 2005, then and there to do, submit to, and receive whatsoever the said Judge shall then and there determine in that behalf; and have you then and there this writ; further, to hold him in federal custody until disposition of this case and to produce him for such other appearances as this court may direct.

*WITNESS* the Honorable S. Thomas Anderson

United States Magistrate Judge at Jackson, Tennessee

this 5th day of July, A.D. 2005.

**THOMAS M. GOULD**
*Clerk of Court*

By _____
*Deputy Clerk*

36

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 1:05-CR-10033 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT