IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 JUL 12 PM 2:59

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W/D OF TN-JACKSON

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                            Cr. No. 05-10033-02-T

SCOTTY MOSIER,

      Defendant.

---

### ORDER ON ARRAIGNMENT

---

This cause came to be heard on July 12, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:      Dianne Smothers
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, being held without bond pursuant to BRA of 1984, is remanded to the custody of the U.S. Marshal.

                              /s/ S. Thomas Anderson
                              S. THOMAS ANDERSON
                              United States Magistrate Judge

Charges:    conspiracy to steal and distribute materials and compounds containing controlled substances and possession with intent to distribute controlled substances

Assistant U.S. Attorney assigned to case:  Kitchen

Rule 32 was not waived.

Defendant's age: 30. _____

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7/13/05


44

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 1:05-CR-10033 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT